IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARGARET BRESHEARS                                                    PLAINTIFF


          v.              Civil No. 2:15-cv-02002-MEF


CAROLYN W. COLVIN, Commissioner
Social Security Administration                                        DEFENDANT

## J U D G M E N T

       For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

       IT IS SO ORDERED AND ADJUDGED this 3rd day of March, 2016.


                                        /s/ Mark E. Ford
                                        HONORABLE MARK. E. FORD
                                        UNITED STATES MAGISTRATE JUDGE